# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos.  1D21-1051
1D21-1052
1D21-1053
1D21-1054

(Consolidated for disposition)

_____

N. W. M., a Child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, Judge.

September 22, 2021

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.